UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CV-21716

JORGE MARTINEZ,

    Plaintiff,

v.

JVA ENGINEERING CONTRACT, INC.,
a Florida Profit Corporation, and
JOSE ALVAREZ, Individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

The Defendants, JVA Engineering Contract, Inc., and Jose Alvarez, pursuant to 28 U.S.C §§ 1331, 1441 and 1446, hereby file this Notice of Removal of an action styled: JORGE MARTINEZ, Plaintiff, v. JVA ENGINEERING CONTRACT, INC., a Florida Profit Corporation and JOSE ALVAREZ, Individually, Defendants, Case No.: 2019-006049 CA 01 ("State Court Action"), presently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to be removed to the United States District Court for the Southern District of Florida, and state as follows:

1.    Plaintiff Jorge Martinez instituted the State Court Action against Defendants JVA Engineering Contract, Inc., and Jose Alvarez in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, and served Defendant JVA Engineering with process on April 1, 2019. Defendant Alvarez was served on April 12, 2019. Service of Process was Defendants' first notice or knowledge of the suit. A copy of all process, pleadings, orders and other papers or exhibits of every kind in the State Court Action is attached as Exhibit 1.

2. Paragraph 1 of the Complaint recites that Plaintiff's claim is pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.  Counts IV and V of the Complaint assert claims for wage and hour violations under the FLSA.  Counts VI and VII claim FLSA retaliation pursuant to the FLSA.

3. The State Court Action is removed to this Court based on 20 U.S.C. § 1331 because this action presents one or more federal questions and substantive federal law governs this claim. 20 U.S.C. § 1331 provides that federal district courts "shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States."  This action arises under the FLSA, 29 U.S.C. §§ 201-219.

4. Concurrent with the filing of this Notice of Removal, the Defendant is filing its Notice of Removal with the Circuit Court of Miami-Dade County, Florida, in the State Court Action.

5. The undersigned counsel represents and is authorized to represent that the Defendants consent to the removal of this action.

6. Accompanying this Notice of Removal is a Civil Cover Sheet as well as the required filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept jurisdiction of this matter for the aforesaid grounds.

**COLE, SCOTT & KISSANE, P.A.**

s/*Edward S. Polk*
Edward S. Polk
Florida Bar Number: 239860
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33156
Telephone: (305) 350-5338
Facsimile: (305) 373-2294
Edward.Polk@csklegal.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal, and a Notice of the Electronic Filing was emailed to: Peter M. Hoogerwoerd, Esq., Nathaly Saavedra, Esq., and Carlos D. Serrano, Esq., Remer & Georges-Pierre, LLC, 44 West Flagler Street, Suite 2200, Miami, FL  33130, counsel for Plaintiff.

**COLE, SCOTT & KISSANE, P.A.**

s/*Edward S. Polk*
Edward S. Polk
Florida Bar Number: 239860
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33256
Telephone: (305) 350-5338
Facsimile: (305) 373-2294
Edward.Polk@csklegal.com
*Attorneys for Defendants*